**SEALED**

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Blvd., South, Ste. 5000
Las Vegas, Nevada 89101
(702) 388-6336



1  DANIEL G. BOGDEN
   United States Attorney
2  PHILLIP N. SMITH, JR.
   Assistant United States Attorney
3  333 Las Vegas Blvd. South, Suite 5000
   Las Vegas, Nevada 89101
4  PHONE: (702) 388-6503
5  FAX: (702) 388-6418
   Attorneys for the Plaintiff
6

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | **SEALED CRIMINAL INDICTMENT** |
| PLAINTIFF, | 2:14-CR- 228 |
| vs. | **VIOLATION:** |
| CHARLES EDWARD COOPER, JR., | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) - Felon in Possession of a Firearm. |
| DEFENDANT. | |

**THE GRAND JURY CHARGES THAT:**

On or about May 31, 2014, in the State and Federal District of Nevada,

**CHARLES EDWARD COOPER, JR.,**

defendant herein, having been convicted of crimes punishable by imprisonment for a term exceeding one year, in the State of Nevada, to wit: Attempt Possession of Controlled Substance, in the Eighth Judicial District Court, Clark County, on or about April 7, 1992, in Case No. C102537; Possession of Controlled Substance with Intent to Sell, in the Eighth Judicial District Court, Clark County, on or about March 25, 1998, in Case No. C147287;

Possession of Controlled Substance with Intent to Sell, in the Eighth Judicial District Court, Clark County, on or about February 28, 2001, in Case No. C171150; Attempt Possession of Firearm by Ex-Felon, in the Eighth Judicial District Court, Clark County, on or about March 27, 2001, in Case No. C147287; and Battery Causing Substantial Bodily Harm, in the Eighth Judicial District Court, Clark County, on or about January 3, 2005, in Case No. C176330, did knowingly possess a firearm, to wit: a Mossberg 12 gauge shotgun bearing serial number MV53835T; a Taurus .40 caliber handgun bearing serial number SA038844; and an EXCAM .25 caliber handgun bearing serial number M177753, said possession being in and affecting interstate commerce and said firearms having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and Section 924(a)(2).

DATED: this 1st day of July, 2014.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

PHILLIP N. SMITH, JR.
Assistant United States Attorney